UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER L. GRIFFIN,<br>  Petitioner,<br>       v.<br><br>PEOPLE OF THE STATE OF CA,<br>  Respondent. | Case No. 20-07539 EJD (PR)<br><br>**ORDER OF TRANSER** |

Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 5. Petitioner previously filed a habeas action which was transferred to the Eastern District of California as the proper forum. See Griffin v. People of the State of CA, Case No. 19-7698 EJD (PR) (Dkt. No. 14).[1] In this matter, Petitioner is currently confined at Coalinga State Hospital, and appears to be raising new claims challenging his underlying conviction. Dkt. No. 5 at 1, 5-6.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). Federal courts in California traditionally have

---

[1] At the time he filed the earlier habeas action, Petitioner was confined at Coalinga State Hospital for a conviction out of Sacramento County. See Case No. 19-7698 EJD (PR) (Dkt. No. 1).

chosen to hear petitions challenging a conviction or sentence in the district of conviction or sentencing.  See Habeas L.R. 2254-3(b)(1); Dannenberg v. Ingle, 831 F. Supp. 767, 768 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  But if the petition challenges the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum.  See Habeas L.R. 2254-3(b)(2); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

As his previous petition indicated,[2] Petitioner was convicted in Sacramento County which lies within the Eastern District of California.  See 28 U.S.C. § 84(b).  Petitioner is currently confined at Coalinga State Hospital in Fresno County which is also within the Eastern District.  Id.  Therefore, the venue for this action is in that district and not in this one.  See id.; Habeas L.R. 2254-3(a)(1).  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California.  See 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b)(1).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

Dated: 3/5/2021

EDWARD J. DAVILA
United States District Judge

Order of Transfer
PRO-SE\EJD\HC.20\07539Griffin_transfer(ED)

---

[2] See supra at 1, fn. 1.